UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MICHAEL GODFREY,<br>　　　Petitioner,<br>　　v.<br><br>UNKNOWN,<br>　　　Respondent. | Case No. 20-03617 BLF (PR)<br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated:  __July 21, 2020_____

　　　　　　　　　　　　　　　　　　　*/s/ Beth Labson Freeman/*
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\HC.20\03617Godfrey_judg.docx