UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MICHALE GODFREY,<br><br>        Petitioner,<br>  v.<br><br>UNKNOWN,<br><br>        Respondent. | Case No. 20-03617 BLF (PR)<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*; GRANTING MOTION FOR EXTENSION OF TIME TO PAY FULL FILING FEE**<br><br>(Docket Nos. 15, 16) |

      On June 1, 2020, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus in this Court.[1]  Dkt. No. 1.  On July 21, 2020, the Court dismissed this case for Plaintiff's failure to file a complete *in forma pauperis* ("IFP") application or pay the filing fee in the time provided.  Dkt. Nos. 7, 8.  On September 22, 2020, the Court granted Petitioner's motion to reopen this action, and provided him additional time to either pay the filing fee or file a complete IFP application.  Dkt. No. 12.

      On October 16, 2020, Petitioner filed a motion for leave to proceed IFP.  Dkt. No. 15.  The prison subsequently filed the supporting documentation.  Dkt. No. 17.  The motion for leave to proceed IFP is **DENIED** because Petitioner has failed to show an

---

[1] The matter was reassigned to this Court after Petitioner failed to file consent to magistrate judge jurisdiction.  Dkt. No. 5.

adequate level of poverty: the balance in his prison trust account as of November 2, 2020, was $860.68. *Id.* at 1. Petitioner clearly has the means to pay the $5 filing fee.

On October 29, 2020, Petitioner filed a motion for an extension of time to allow the prison's trust office to process his request to issue the payment due to delays caused by the COVID-19 pandemic. Dkt. No. 16. Good cause appearing, the motion is **GRANTED**. Petitioner's payment shall be due **no later than twenty-eight (28) days** from the date this order is filed.

This order terminates Docket Nos. 15 and 16.

**IT IS SO ORDERED**.

Dated:     November 3, 2020

BETH LABSON FREEMAN
United States District Judge

Order Denying IFP; Granting EOT to Pay Filing Fee
P:\PRO-SE\BLF\HC.20\03617Godfrey_eot-fee.docx