# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JOSHUA GODFREY,

      Petitioner,

    v.

UNKNOWN,

      Respondent.

Case No. 20-03617 BLF (PR)

**ORDER OF DISMISSAL**

Petitioner, a California state prisoner, filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. The Court dismissed the petition with leave to amend on May 5, 2021. Dkt. No. 20. Petitioner was directed to file an amended petition no later than twenty-eight days from the date of the order, such that an amended petition was due by June 2, 2021. *Id.* at 2. Petitioner was advised that failure to file a timely response in accordance with the order would result in the dismissal of this action without prejudice and without further notice to Petitioner. *Id.*

The deadline has long since passed, and Petitioner has failed to file an amended petition and has had no further communication with the Court. Accordingly, this matter is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: __**July 2, 2021**_____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\HC.20\03617Godfrey_dism.docx