UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MICHAEL GODFREY,<br><br>Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>Respondent. | Case No. 20-03617 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: __July 2, 2021_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.20\03617 Godfrey_judg2.docx